UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

ROBERT L. FREDRICK,

Plaintiff,

v.

OFFICER JOHN RATKAY,

Defendant.

CAUSE NO. 3:23cv808 DRL-AZ

## ORDER

On May 11, 2026, United States Magistrate Judge Abizer Zanzi issued a report and recommendation in which he recommended dismissing without prejudice the claims against Officer John Ratkay because Robert L. Fredrick failed to exhaust his administrative remedies under 42 U.S.C. § 1997e(a). Mr. Fredrick did not file an objection by the May 25, 2026 deadline.[1] Satisfied with the well-reasoned report and recommendation—and because Mr. Fredrick has not objected—the court ADOPTS the report in its entirety [94] and DISMISSES without prejudice the claims against Officer John Ratkay. This order terminates the case.

SO ORDERED.

June 8, 2026

*s/ Damon R. Leichty*
Judge, United States District Court

---

[1] Mr. Fredrick did file a letter objecting to the fact that defense counsel utilized discovery obtained from Mr. Fredrick in support of the original exhaustion summary judgment motion and during the *Pavey* hearing. ECF 96. However, the letter is dated May 8, 2026, which is prior to the issuance of the report and recommendation, so it cannot possibly be considered "specific, written objections to the proposed findings and/or recommendations." *See* ECF 94 at 18. In any event, utilizing discovery limited to the issue of exhaustion did not violate any court order or rule, nor does it provide a valid basis for disregarding any of Judge Zanzi's findings.